BY: CRAIG A. BRIGGS, ESQUIRE
Identification No.: 75818
CBRIGGS@DVERDICT.COM
HOHN & SCHEUERLE, LLC
Suite 3242
1700 Market Street
Philadelphia, PA 19103
215-496-9995
215-496-9997 (Fax)
Our File #7800-228

Attorneys for Defendant, Enterprise
Leasing Company of Philadelphia, LLC,
incorrectly identified as
EAN Holdings, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TAMMIE ROSADO | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| UNITED STATES OF AMERICA and EAN HOLDINGS, LLC | : | No.   17-5253 |

## STIPULATION TO DISMISS

It is hereby stipulated and agreed to by and among counsel that all claims made against Defendant, Enterprise Leasing Company of Philadelphia, LLC, incorrectly identified as EAN Holdings, LLC, shall be dismissed from this matter with prejudice. This Stipulation may be executed in one or more counterparts.

ALFRED J. FALCIONE, ESQUIRE
Attorney for Plaintiff Tammie
Rosado.

CRAIG A. BRIGGS, ESQUIRE
Attorney for Defendant, Enterprise
Leasing Company of Philadelphia, LLC.

Susan R. Becker   10/22/18
SUSAN R. BECKER, ESQUIRE
Attorney for Defendant, United States of
America and Mariusz Wojnarski.

Date: 11-30-18

BY THE COURT:
DECEMBER 4, 2018:

Joel Slomsky, J.